

July 25, 2008

U. S. Bankruptcy Court
District of Nevada
300 Las Vegas Blvd., South
Las Vegas, NV  89101

Re: Shawn Allen
　　SSN: xxx-xx-2066
　　Chapter: 7
　　Case#: 08-14969

Chase Student Loan Servicing LLC has received the First Meeting of Creditor's Notice for the above individual. As indicated on the First Meeting of Creditor's Notice, we are not to file a proof of claim unless instructed to do so. Please ensure that Chase Student Loan Servicing, LLC is included on the mailing list for all court issued documents at the following address:

Chase Student Loan Servicing, LLC
P.O. Box 523
Madison, MS  39130-0523

**_Please sign, stamp, and date this letter and return to Chase Student Loan Servicing LLC in the enclosed self-addressed stamped envelope._**

If you have any questions, please contact me at phone number 601-898-5800 ext 15210.

Sincerely,

Bankruptcy Specialist

We have acknowledged receipt of this letter and have ensured that Chase Student Loan Servicing, LLC is on the court's mailing list for the above reference.

_____ Date _____