Wells Fargo Bank, N.A.
BDD-Bankruptcy
PO Box 53476
Phoenix, AZ 85072
Phone: 888-715-4315  ext. 35004
Fax: 602-528-9258

United States Bankruptcy Court

**FOR THE** DISTRICT OF **NEVADA**

| | |
|---|---|
| IN RE:<br>**JANCHAI ALLEN**<br>**SHAWN T ALLEN**<br><br><br><br>Debtors(s) | ) Case No.: **08-14969**<br>)<br>) CREDITOR(S) NOTICE OF REQUEST<br>) FOR NOTICE OR CHANGE OF ADDRESS<br>) CHAPTER ☒7  ☐11  ☐12  ☐13<br>)<br>)<br>)<br>) |

To the United States Bankruptcy Court:

Notice is hereby given of creditor(s) notice of (check one)

   __X__ REQUEST FOR NOTICE UNDER RULE 2002

   _____ CHANGE OF ADDRESS OF SCHEDULE "A" CREDITOR

   _____ CHANGE OF ADDRESS OF CLAIMED CREDITOR

       CLAIM #_____  FILED _____

Creditor name:

      Wells Fargo Bank, N.A.
      BDD-Bankruptcy
      PO Box 53476
      Phoenix, AZ 85072
      Phone: 888-715-4315 ext. 35004

Date: **7/31/2008**         /S/ALEX VU
                                          ALEX VU
                                          Wells Fargo Bank, N.A.
                                          D# **172544996**