

RECEIVED
AND [FILED]

Aug 25   1 44 PM '08

August 21, 2008

U. S. Bankruptcy Court
District of Nevada
300 Las Vegas Blvd, South
Las Vegas, NV 89101

Re: Janchai Allen
    SSN # xxx-xx-8270
    Chapter: 7
    Case# 08-14969-mkn

Chase Student Loan Servicing LLC has received the First Meeting of Creditor's Notice for the above individual. As indicated on the First Meeting of Creditor's Notice, we are not to file a proof of claim unless instructed to do so. Please ensure that Chase Student Loan Servicing, LLC is included on the mailing list for all court issued documents at the following address:

Chase Student Loan Servicing, LLC
P.O. Box 523
Madison, MS 39130-0523

*__Please sign, stamp, and date this letter and return to Chase Student Loan Servicing LLC in the enclosed self-addressed stamped envelope.__*

If you have any questions, please contact me at phone number 601-898-5800 ext 15210.

Sincerely,

Bankruptcy Specialist

We have acknowledged receipt of this letter and have ensured that Chase Student Loan Servicing, LLC is on the court's mailing list for the above reference.

_____ Date _____

\claims\

---

Chase Student Loan Servicing, LLC
Mail Correspondence To:  PO Box 523, Madison, MS 39130 • Mail Payments To: PO Box 522, Madison, MS 39130
Telephone: 800 489 5005 • Facsimile: 601 899 4364
www.cslservicing.com